**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY LEE ACOSTA (1),<br><br>Defendant. | Case No. 18-cr-00735-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INFORMATION**<br><br>**[ECF No. 43]** |

Presently before the Court is the Government's motion to dismiss the Information against Defendant Tommy Lee Acosta. (ECF No. 43.) Good cause appearing, the Court grants the motion and **DISMISSES WITHOUT PREJUDICE** the Information.

Defendant Acosta shall be released from criminal custody in this case. The Sentencing Hearing previously scheduled for April 2, 2018, shall be vacated.

**IT IS SO ORDERED.**

DATED: March 15, 2018

Hon. Cynthia Bashant
United States District Judge